STATE of Missouri, Respondent,

v.

James Q. SMITH, Appellant.

ED 103132

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: June 21, 2016

Amanda Faerber, St. Louis, MO, for appellant.

Chris Koster, Rachel Flaster, Jefferson City, MO, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

PER CURIAM.

James Q. Smith appeals the judgment entered upon his convictions for first-degree assault and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2016).